IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 06 2014

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN EARL ALBACK,<br><br>Defendant. | Cause No. CR 10-18-BLG-SPW<br><br>ORDER DENYING MOTION FOR<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE |

On July 17, 2014, Defendant Alback, acting pro se, filed a pro se motion seeking termination of his three-year term of supervised release three months before its scheduled termination.

The Court accepts Alback's representation that he has complied with all conditions of his supervised release and that neither the United States nor the Probation Office oppose early termination. These conditions are not sufficient, however, to persuade the Court that early termination is both "warranted by the conduct of the defendant" and in service of "the interest of justice." 18 U.S.C. § 3583(e)(1). Alback's conduct has been commendable, but full compliance with the conditions of release is expected. It is not sufficient to warrant early termination.

Based on the presentence report and Alback's history, Presentence Report ¶¶ 6-27, the Court believes completion of the full term of supervised release is in the best interest of the defendant and of justice. *See also* 18 U.S.C. §§ 3583(c),

1

3553(a)(a)(2)(B)-(D).

Accordingly, IT IS HEREBY ORDERED that Alback's motion for early

termination of supervised release (Doc. 21) is DENIED.

DATED this _6th_ day of August, 2014.

Susan P. Watters
United States District Court